IN RE ASBESTOS LITIGATION

Wayne R. Reed, Individually and as the Executor of the Estate of Barbara Reed, Deceased, and Amy Rhodes and Courtney Reed, as Surviving Children, Plaintiffs Below Appellants,

v.

Asbestos Corporation Limited, Bayer Cropscience, Inc., Charles A. Wagner Co., Inc., Nosroc Corporation, and County Insulation Company, Defendants Below, Appellees.

No. 387, 2016

Supreme Court of Delaware.

Submitted: January 25, 2017

Decided: February 6, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. 13C–11–188

AFFIRMED.

Kenneth E. RANDOLPH, Petitioner Below–Appellant,

v.

STATE of Delaware Board of Parole, et al., Respondents Below–Appellees.

No. 694, 2015

Supreme Court of Delaware.

Submitted: December 2, 2016

Decided: February 6, 2017

Court Below—Superior Court for the State of Delaware, C.A. No. N15M–04–060

AFFIRMED.

Mary Jean LEGG, Defendant Below, Appellant,

v.

NATIONSTAR MORTGAGE LLC, Plaintiff Below, Appellee.

No. 179, 2016

Supreme Court of Delaware.

Submitted: December 2, 2016

Decided: February 6, 2017

Reargument Denied February 21, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. S15-07-014

AFFIRMED.